COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of T.C., a Child; and
                            In the Interest of T.L.C., a Child

Appellate case number:      01-17-00497-CV, and
                            01-17-00498-CV

Trial court case number:    2014-71072, and
                            2011-08360

Trial court:                309th District Court of Harris County or
                            246th District Court of Harris County

Appellant, C.C., filed a notice of appeal of the trial court's order terminating her parental rights to her minor child, T.C., and a notice of appeal of the trial court's order awarding father sole managing conservatorship and appellant possessory conservatorship of their minor child, T.L.C. On August 30, 2018, we affirmed the trial court's orders. *See In re T.LC.*, No. 01-17-00498-CV, 2018 WL 4139004 (Tex. App.—Houston [1st Dist.] Aug. 30, 2018, no pet. h.) (mem. op.); *In re T.C.*, No. 01-17-00497-CV, 2018 WL 4126600 (Tex. App.—Houston [1st Dist.] Aug. 30, 2018, no pet. h.) (mem. op.). Appellant and her court-appointed counsel, William Thursland, then filed an unopposed motion to abate the appeals to allow the trial court to determine whether he may withdraw as counsel for appellant and she may proceed pro se.

On September 13, 2018, we granted appellant's unopposed motion to abate the appeals and remanded the cases to the trial court. We directed the trial court to **immediately** hold a hearing to determine whether appellant's appointed counsel should be permitted to withdraw.

On October 3, 2018, the trial court held the required hearing. On October 11, 2018, we received from the trial court clerk supplemental clerk's records, containing orders finding good cause existed to permit William Thursland to withdraw as the appellate

counsel for appellant and appointing Doug York as appellate counsel for appellant in each proceeding.

Accordingly, we REINSTATE these cases on the Court's active docket.

We withdraw the portions of our previous abatement orders requiring the court reporter to file reporter's records of the October 3, 2018 hearing.

We direct the Clerk of this Court to note Doug York's appearance as counsel for appellant and William Thursland's withdrawal as counsel for appellant on the docket of this Court.

Appellant's motions for rehearing, if any, will be due **15 days** from the date of this order. *See* TEX. R. APP. P. 2, 49.1.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                         Acting for the Court

Panel consists of Justices Jennings, Keyes, and Higley

Date: October 25, 2018